# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| NATHANIEL MITCHELL | CIVIL ACTION NO. 06-692-P |
| VERSUS | JUDGE HICKS |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Stay [Doc. No. 13] is hereby **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's civil rights claims regarding his state criminal trial proceedings be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met and his property claims be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 16th day of May, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE